IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Richmond Division</u>

| | |
|---|---|
| BRIAN MARTIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:13-cv-00775-HEH |
| ) | |
| A.L., a minor; *et al.*, ) | |
| ). | |
| Defendants. ) | |

## DECLARATION OF ABBY LOVINGER

I, Abby Lovinger, declare as follows:

1. I have personal knowledge of the facts set forth below. If called upon as a witness, I would testify competently thereto.

2. I am the mother and legal guardian of A.L., who is the person named in the complaint in the above matter. I have read the complaint, which was served on me on November 20, 2013.

3. My family, including my son A.L., uses a cellular phone provider plan in the name of my husband, Adam Lovinger. A.L.'s smartphone is on that plan. On November 30, 2013, I viewed several text messages that are on the smartphone used by A.L. on our family service plan.

4. Here are several screen shots that I took off of the above-referenced phone, which show text message communications with Marko Princip at the telephone number he provided to our attorney Paul Smoot:



**Verizon** 10:32 PM 47%

Mess...28) +1 (214) 662-8... Edit

Oct 10, 2013 11:12 PM

> I decided to do the percentage deal with you, keep up the good work with the channel

Oct 10, 2013 11:56 PM

> thanks

Oct 11, 2013 2:44 PM

> Skype message me when u get a chance

Oct 11, 2013 6:05 PM

> wont be on skype till sunday and you made a good decision btw! I appreciate that

Oct 11, 2013 6:17 PM

 iMessage 





> paul is talking with brian's lawyer tomorrow. try not to worry. it will be fine. we have the truth on our side.

Your right, I just know though his lawyer has me in his crosshair and I won't be there when the shot goes off

Oct 24, 2013 8:46 PM

Brian said he talked to Leah Cone today

No reply from Paul I take it Micky Mouse is defending me

 

5. During the period of time between January, 2013, and the filing of Plaintiffs' Motion, A.L. paid off the channels' debts and grew the YouTube Channel VideoGames ("VideoGames") from approximately 191,000 subscribers to 1.24 million subscribers today. For these statistics, I rely on a website called www.socialblade.com that shows all the subscribers and video views over time for YouTube channels. This website is relied upon by third party advertisers including the third party with whom A.L. has contracted to provide revenue from VideoGames. The statistics provided there show:

    As of 1/29/2013:

        Subscribers = 191,430

        Total Video Views = 23.02 million

    As of 12/1/2013:

        Subscribers = 1.24 million

        Total Video Views = 183.64 million

According to Socialblade, in November 2013 alone the number of subscribers increased 10.9%.

6. A.L., with me acting as his guardian and co-signer, entered into a revenue-generating "Content Provider Agreement" with a third party for VideoGames. If A.L. were to be deprived of access or control of VideoGames, then the contract could be declared null and void and the third party would have the right to remove their web-based advertisements and stop calculating or generating revenue.

7. I have read in Plaintiffs' Motion that Plaintiffs are seeking to deprive A.L. of access to VideoGames "in order to ensure that asset is not forever wasted, converted, destroyed[,] or otherwise liquidated or assigned to a third-party." Pls' Mem. at 7. To the best of

my knowledge, there is no need to do so. Neither A.L. nor myself or my husband have any intention to waste, convert, destroy, liquidate, or assign any interest in VideoGames.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Montpelier, Virginia, this 10 of December, 2013.

_____
Abby Lovinger

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2013, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Mark H. Allenbaugh, Esq.
>30432 Euclid Ave., Suite 101
>Telephone: (800) 605-4993
>Facsimile: (714) 464-4463
>Email: mark@allenbaughlaw.com
>*Counsel for Brian Martin and Marko Princip*

And a copy was also served by hand delivery to Mr. Allenbaugh at the same address.

>/s/ Patrick R. Hanes
>Patrick R. Hanes (VSB No. 38148)
>Jonathan T. Lucier (VSB No. 81303)
>WILLIAMS MULLEN
>200 South 10th Street. Suite 1600
>Richmond, VA 23218-1320
>Facsimile: 804.420.6507
>Telephone: 804.420.6606
>Email: phanes@williamsmullen.com
>Email: jlucier@williamsmullen.com
>*Counsel for A.L., a minor; and Abby Lovinger and Adam Lovinger, Individually and as next best friends of A.L. their minor son*