THE LAW OFFICES OF
MARK H. ALLENBAUGH
www.allenbaughlaw.com

| Greater Los Angeles | Cleveland | Greater Washington D.C. | Beijing |
| 575 Anton Blvd | 30432 Euclid Ave., Suite 101 | 8413 Lake Crest Terrace | Room 188, Beijing |
| 3rd Floor or Suite 300 | Wickliffe, OH 44092 | Fairfax Station, Virginia 22039 | International Club, 21 |
| Costa Mesa, California 92626 | Tel: (800) 605.4993 | Tel: (800) 605.4993 | Jianguomenwai Street |
| Tel: (800) 605.4993 | | | Beijing, P.R. China |

January 7, 2014

Hon. Henry Hudson
U.S. District Court Judge
For the Eastern District of Virginia (Richmond)
701 East Broad Street
Richmond, VA 23219

    BY ELECTRONIC FILING

    **Re:** **Notice of Settlement in *Martin, et al. v. Lovinger, et al.*, 3:13-CV-775**

Dear Judge Hudson:

This letter serves as notice that the parties have reached settlement in this matter, and have executed settlement agreements. Plaintiffs will be moving to dismiss this matter with prejudice and will submit the final paperwork in the very near future. Accordingly, may I suggest that the pretrial conference now set for January 8, 2014 be removed from the Court's calendar.

Most respectfully yours,

Mark H. Allenbaugh
*Counsel for Plaintiffs*
*Brian Martin and Marko Princip*


cc:  Patrick Hanes, Esq.
     Jonathan Lucien, Esq.
     *Counsel for Defendants*