Mark H. Allenbaugh, Esq.
(VA Bar No. 65215)
Law Offices of Mark H. Allenbaugh
30432 Euclid Ave., Suite 101
Wickliffe, Ohio 44092
(800) 605-4993 (telephone)
(714) 464-4463 (fax)
mark@allenbaughlaw.com
*Attorney for Plaintiffs*
*Brian Martin and Marko Princip*

**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
VIRGINIA, RICHMOND DIVISION**

| | |
|---|---|
| Brian Martin and Marko Princip,<br><br>       Individually,<br><br>       Plaintiffs,<br><br>vs.<br><br>A.L., a minor; and Abby Lovinger and Adam Lovinger, Individually and as next best friend of A.L., their minor son.<br><br>       Defendants. | Civil Action No.: 3:13-CV-775<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT HEREBY IS STIUPLATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This Dismissal is the result of a Settlement Agreement

1

executed by the parties, and attached hereto as Exhibit 1.

Dated: January 15, 2014

LAW OFFICES OF
MARK H. ALLENBAUGH

Respectfully Submitted,

/s/ Mark H. Allenbaugh
Mark H. Allenbaugh
(VA Bar No. 65215)
30432 Euclid Ave., Suite 101
Wickliffe, Ohio 44092
(800) 605-4993 (telephone)
(714) 464-4463 (fax)
mark@allenbaughlaw.com
*Attorney for Plaintiffs
Brian Martin and Marko Princip*

Dated: January 15, 2014

WILLIAMS MULLEN

Respectfully Submitted,

/s/_____
Patrick R. Hanes
Jonathan T. Lucier
200 South 10th Street. Suite 1600
Richmond, VA 23218-1320
Facsimile: 804.420.6507
Telephone: 804.420.6606
Email: phanes@williamsmullen.com
Email: jlucier@williamsmullen.com
*Counsel for A.L., a minor; and
Abby Lovinger and Adam Lovinger,
Individually and as next best
friends of A.L. their minor
son*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of January, 2014, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>
> Patrick R. Hanes
> Jonathan T. Lucier
> WILLIAMS MULLEN
> 200 South 10th Street. Suite 1600
> Richmond, VA 23218-1320
> Facsimile: 804.420.6507
> Telephone: 804.420.6606
> Email: phanes@williamsmullen.com
> Email: jlucier@williamsmullen.com
> *Counsel for A.L., a minor; and Abby Lovinger and Adam Lovinger, Individually and as next best friends of A.L. their minor son*

                                                /s/ Mark H. Allenbaugh
                                                Mark H. Allenbaugh
                                                *Attorney for Plaintiffs*